UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Harold Parker, et al

v.  C.A. 10-040ML

James Weeden, et al

ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian filed on February 18, 2010 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Raymond Clements is hereby dismissed without prejudice as a Plaintiff in this matter.

BY ORDER:

_____
Mary M. Lisi
Chief U.S. District Judge
March 17, 2010

Entered as an Order of this Court on March 17, 2010

_____
Deputy Clerk