UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAROLD PARKER, et al.

v.                                                                                         CA 10-040 ML

ASHBEL T. WALL, et al.

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on October 5, 2010. No objection has been filed and the time for doing so has passed. This Court adopts the Report and Recommendation. The Complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
October 28, 2010